In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00173-CR
_____

**MICHAEL WAYNE OSBORNE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 19-31505

**MEMORANDUM OPINION**

On June 5, 2019, we notified the parties that our jurisdiction was not apparent from the notice of appeal and warned that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. Appellant filed a response, but he failed to articulate a valid basis for jurisdiction in that response.

1

Appellant has failed to demonstrate that the trial court has signed an order that is appealable at this time. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (holding that intermediate appellate courts lack jurisdiction to review interlocutory orders unless such jurisdiction is expressly granted by statute). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 6, 2019
Opinion Delivered August 7, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2